IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACY COLLINS, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC. and KOHL'S CORPORATION,<br><br>Defendants. | Case No. 3:18-cv-00065 |

## DECLARATION OF JENNIFER HART

I, Jennifer Hart, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am currently the Vice President of Shared Services at Kohl's Department Stores, Inc. ("Kohl's"), a Delaware corporation with its headquarters and principal place of business located at N56 W17000 Ridgewood Drive, Menomonee Falls, Wisconsin 53051 ("Wisconsin Headquarters"). Kohl's is a wholly owned subsidiary of Kohl's Corporation, a Wisconsin corporation with its principal place of business located at N56 W17000 Ridgewood Drive, Menomonee Falls, Wisconsin 53051. Kohl's owns and operates a national chain of more than 1,100 stores located in 49 states.

2. I have held my current position since November 2016, and have been employed by Kohl's since June 1991. My responsibilities include overseeing various human resources groups, amongst which are Talent Development (including leadership training pertaining to the various types of Assistant Store Managers), Ask HR Call Center, HR Operations, which includes Workforce Management, Human Resources Compliance (including compliance with overtime rules and regulations), Human Resources Communications (including maintenance on the portal

of the job descriptions for the various types of Assistant Store Managers), and Human Resources Auditing and Reporting). By virtue of my position, I am familiar with the documents and personnel involved in: (a) developing and preparing the materials used in the training of the various types of Assistant Store Managers; (b) the general expectations of the various types of Assistant Store Managers; (c) the parameters for setting rates of pay for the various types of Assistant Store Managers; (d) benefits available to the various types of Assistant Store Managers; and (e) recording of time, paychecks, and processing of payroll.

3. Kohl's employs seven different types of Assistant Store Managers, all of which have different job duties and job descriptions: Assistant Store Manager of Operations, Assistant Store Manager of Overnight Operations, Assistant Store Manager of Human Resources & Operations, Assistant Store Manager – Merchandising, Assistant Store Manager – Apparel/Accessories, Assistant Store Manager – Children/Footwear/Home, and Assistant Store Manager – Operations/Children/Footwear/Home. Not every store employs every type of Assistant Store Manager.

4. My office and the human resources department are located at the Wisconsin Headquarters. The human resources department, through its groups at the Wisconsin Headquarters, are involved in: a) developing and preparing the materials used in the training of the various types of Assistant Store Managers; (b) the general expectations of the various types of Assistant Store Managers; (c) the parameters for setting rates of pay for the various types of Assistant Store Managers; (d) benefits available to the various types of Assistant Store Managers; and (e) recording of time, paychecks, and processing of payroll. Other corporate groups that work with us and are critical to the above activities, such as Store Operations and Experience, Payroll, Finance, and IT, are also located at the Wisconsin Headquarters. Some of

the persons located at the Wisconsin Headquarters who are likely to have knowledge of these activities include the following:

    a)     Joseph Liethen, Vice President of Finance, Staffing, and Operations, has knowledge regarding payroll budgeting, and the roles and responsibilities of the various types of Assistant Store Managers.

    b)     Jennifer Turzenski, Senior Manager of Workforce Management and Compliance, has knowledge regarding Kohl's human resources policies and procedures as they pertain to the various types of Assistant Store Managers.

    c)     Marissa Ann Endter, Director of Organization Transformation, has knowledge regarding the creation and maintenance of job descriptions as they pertain to the various types of Assistant Store Managers.

    d)     Jacki Liynn Lovrine, Payroll Manager, has knowledge regarding payroll.

    e)     Matt Carpenter, Vice President of Compensation, has knowledge of and leads the group setting parameters for compensating the various types of Assistant Store Managers and analytics for determining which of the various types of Assistant Store Managers work at which stores.

    f)     Charles Cigna, Director of Program Management in Kohl's Technology, has knowledge of and leads the group with control over human resources IT systems.

5.     In addition, Victoria Garoukian, former Director of Human Resources Operations and Human Resources Compliance, has knowledge regarding the policies and procedures implicated in this lawsuit and, according to Kohl's records, her last known address reflects that she is located in or within 100 miles of Menomonee Falls, Wisconsin.

6. Documents relating to the creation of policies concerning: a) developing and preparing the materials used in the training of the various types of Assistant Store Managers; (b) the general expectations of the various types of Assistant Store Managers; (c) the parameters for setting rates of pay for the various types of Assistant Store Managers; (d) benefits available to the various types of Assistant Store Managers; and (e) recording of time, paychecks, and processing of payroll are located and maintained at the Wisconsin Headquarters. Personnel files of the various types of Assistant Store Managers are maintained at the Wisconsin Headquarters and, oftentimes, portions of such personnel files are maintained exclusively in hard copy. All payroll records for each employee are processed and maintained at the Wisconsin Headquarters.

7. The training materials, job descriptions, and operations manuals created and stored at the Wisconsin Headquarters are intended to function only as general tools to help the various types of Assistant Store Managers fulfill their primary duties in managing their respective stores. These resources are in no way a replacement for the independent judgment and discretion that is expected of each of the various types of Assistant Store Manager. In fact, direct proof of how each respective Assistant Store Managers applies his/her discretion and judgment in conjunction with the guidelines that Kohl's provides to make their stores profitable exists only at the store level and requires an individualized inquiry.

8. Neither I nor the people identified in Paragraph 4 of this Declaration has any consistent business need to travel to the State of Connecticut.

9. Less than 2% of Kohl's stores are located in Connecticut, and only 13.7% of Kohl's stores are located in the Northeast.

10. Wisconsin has almost twice as many Kohl's stores as Connecticut, and approximately 27% of Kohl's stores are located in the Midwest.

11. More than 76% of Kohl's stores are located outside the Northeast and the Mid Atlantic regions.

12. To the extent that I or the personnel identified in Paragraph 4 of this Declaration are required to attend hearings or a trial in Connecticut, such will require key employees to travel, which would impose cost and substantially disrupt Kohl's business operations and the personal schedules of such witnesses.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 15, 2018

Jennifer Hart
Vice President of Shared Services
Kohl's Department Stores, Inc.
Menomonee Falls, Wisconsin