# Exhibit A



# Position Description

**Position Title:**   Assistant Store Manager of Human Resources & Operations

**Date:**   March 2012

**Division:**   Stores

**Reports To:**   Store Manager

**Status:**   Exempt

**Position Summary**:

This position plays an integral role as part of the Store Management Team.  The Assistant Store Manager of Human Resources and Operations has responsibility for the total store Human Resources and Operations. Responsibilities include leading the store in the following areas: Associate development, supervision of HR and Operations to ensure execution according to Kohl's Best Practices, communications, analysis of business operations, expense management, and general management of the Store as part of the Store Management Team.

**Primary Responsibilities:**

Leads and directs the Area Supervisor, Supervisor and Associate teams in the following areas:

Customer Satisfaction
- Provides the interpretation, administration and direction for Kohl's Service Standards (KSS), including the Customer Service Survey, "Yes We Can" program, and other Customer Service programs.
- Accountable for results of Customer Service programs through the Customer Service Scorecard.
- Leads/directs Area Supervisors in the standard for Customer issue resolution.
- Resolves escalated Customer complaints.  Determines solutions to avoid future occurrences.
- Manages sales floor Associates to meet and/or exceed Customer Service standards.
- Supports and participates in the execution of the "E3" program.

Merchandise Presentation
- Ensures Company merchandise presentation directives and standards are being met while merchandising incoming freight and replenishing the sales floor.
- Lead Associate team to ensure total store cleanliness and recovery standards are met.

Payroll/Expense Management
- Manages stores payroll projections, productivity, and controllable expenses in relation to sales trend.
- Reviews scheduled vs. workload reports, directs area supervisor to edit schedules to workload.

Sales Management
- Reviews business summary for sales opportunities.
- Oversees and audits the ad set process to ensure Company accuracy goals are achieved.
- Assists in reviewing replenishment schedules and execution to ensure Company in-stock goals are maintained.
- Supervises the credit solicitation effort of the Associates to achieve store goals.

People Management
- Oversees and partners with the management team in retaining quality Associates.

- Leads the annual Associate review process.
- Leads the hiring and interviewing process to maintain the proper staffing levels to match the workload.
- Communicates and manages hourly staff so that all ethical standards and all company policies are followed.
- Leads store meetings as directed and ensures action plans are achieved as needed.
- Manages all Associate files to company policy/legal requirements.
- Drives positive reinforcement and motivation to all Associates.
- Coaches and counsels Associates when necessary based on Company productivity goals.
- Leads the completion and administration of Associate counseling in accordance to Company policies/HR guidelines.
- Leads training effort and ensures all needed training is delivered.
- Develops and coaches Area Supervisors to promotable levels or to assume larger areas of responsibility.

Inventory Shortage/Unit System Accuracy
- Supervises hourly staff to ensure completion of all price changes, callbacks, ISC memos.
- Partners with Loss Prevention on all inventory programs.
- Leads the inventory prep planning and ensures the execution is achieved.
- Leads and directs company USA program including re-wraps, even exchanges, ISAC Meeting, mis-mates, damages, defectives and store inventory shortage plans.

Operations
- Responsible for leading the total store freight team to ensure Best Practices are executed to Company standards, including:
  - Planning workload, setting goals and communicating goals to Associates for every truck received.
  - Frequently overseeing the truck unload process to ensure Company standards are being met.
- Manages non-exempt staff to resolve all district audit issues
- Leads associates to maintain cleanliness standards per established guidelines for all interior and exterior areas of the store.
- Provides general oversight of building and equipment maintenance and upkeep, coordinates local and corporate resources to ensure ongoing and preventative maintenance of interior/exterior is achieved.
- Oversees the engagement of corporate facilities management for all needed building repairs.
- Primarily responsible for managing and coordinating all store remodeling and repair and maintenance projects; ensure Kohl's property rights are respected.
- Oversees efforts to adhere to all building safety requirements.
- Responsible for the implementation and maintenance of all Company stockroom capacity and organizational guidelines.
- Drives store productivity through operational Best Practices.
- Leads the ASM and Associate team efforts to adhere to all building safety requirements.

**Tasks to be Delegated to Area Supervisors / Other Non-Exempt Positions**

- Floor and fitting room recovery
- Working registers or bagging merchandise at POS
- Service desk coverage
- Credit solicitation
- Schedule editing
- Ad setting
- Freight processing
- Filling in and adjusting fixtures
- Processing markdowns
- During the course of business and general management of the store, there may be situations that require non-exempt tasks to be physically completed by management. This is limited to situational training to further enhance Associate development, while providing leadership and direction related to Kohl's best practices and while providing a visual experience when directing workflow to Associates.

**Required Qualifications:**

- Opens and closes the store at a minimum two nights per week.
- Multiple years managing a significant retail sales volume in a high-growth retailing environment
- Demonstration of professional accomplishments through results-driven behavior and team development abilities
- Efficient planning and organizational skills
- Ability to recognize and understand available resources and utilize them to meet and exceed the store's sales plan and expense controls
- Ability to lead and develop a large team of Associates
- Demonstrated ability to communicate with a variety of audiences
- A history of anticipating challenges and developing solutions to problems at hand
- Regular attendance is required.



# Position Description

| | | | |
|---|---|---|---|
| **Position Title:** | Assistant Store Manager - Apparel/Accessories<br>Assistant Store Manager - Children/Footwear/Home<br>Assistant Store Manager – Operations/Children/Footwear/Home | **Date:** | March 2012 |

**Division:**  Stores

**Reports To:**  Store Manager

**Status:**  Exempt

## Position Summary:

These positions play an integral role as part of the Store Management Team. Each has the responsibility of management and supervision of all Associates in these areas.  Responsibilities include leading the Store in the following areas: Associate development, supervision of merchandise sales areas to ensure execution according to Kohl's Best Practices, communications, analysis of business operations, expense management, and general management of the Store as part of the Store Management Team.

## Primary Responsibilities:

Leads and directs the Area Supervisor, Supervisor and Associate teams in the following areas:

Customer Satisfaction
- Provides the interpretation, administration and direction for Kohl's Service Standards (KSS), including the Customer Service Survey, "Yes We Can" Program, and other Customer Service programs.
- Accountable for results of Customer Service programs through the Customer Service Scorecard.
- Leads/directs Area Supervisors in the standard for Customer issue resolution.
- Resolves escalated Customer complaints.  Determines source of issues and takes initiative to identify and resolve them.  Recommends solutions to avoid future occurrences.
- Manages sales floor Associates to meet and/or exceed Customer Service occurrences.
- Supports and participates in the execution of the "E3" program.

Merchandise Presentation
- Interprets, directs and leads capacity and merchandise directives.
- Ensures Company merchandise presentation directives and standards are met while merchandising incoming freight and replenishing the sales floor.
- Lead Associate team to ensure total store cleanliness and recovery standards are met.

Sales Management
- Competitively shops competition and communicates results to Store Manager.
- Reviews business summary for sales opportunities.
- Oversees and audits the ad set process to ensure Company accuracy goals are achieved.
- Assists in reviewing replenishment schedules and execution to ensure Company in-stock goals are maintained.
- Supervises the credit solicitation effort of the Associates to achieve store goals.
- Partners with Store Manager to address inventory issues from SIR report.

People Management
- Participates in hiring process as needed.
- Oversees and partners with the management team in retaining quality Associates.
- Completes and administers annual Associate reviews.
- Communicates and manages hourly staff so that all ethical standards and all company policies are followed.
- Leads store meetings as directed and ensures action plans are achieved as needed.

- Drives positive reinforcement and motivation to all Associates.
- Coaches and counsels Associates when necessary based on Company productivity goals.
- Completes and administers Associate counseling documentation as necessary.  Completes any needed Associate counseling in accordance to company policies/HR guidelines.
- Assists in leading the training effort and ensures all needed training is delivered.
- Develops and coaches Area Supervisors to promotable levels or to assume larger areas of responsibility.

Inventory Shortage/Unit System Accuracy
- Supervises hourly staff to complete all price changes, callbacks, ISC memos.
- Partners with Loss Prevention on all inventory programs.
- Leads the inventory prep planning and ensures the execution is achieved.
- Leads and directs company USA program including re-wraps, even exchanges, ISAC Meeting, mis-mates, damages, defectives and store inventory shortage plans.

Operations (In stores with 3 Executives, the Operations function resides with the OPS/CFH.)
- Manages stores payroll projections, productivity, and controllable expenses in relation to sales trend.
- Reviews scheduled vs. workload reports, directs area supervisor to edit schedules to workload.
- Assists in leading the total store freight team to ensure Best Practices are executed to Company standards, including:
  - Planning workload, setting goals and communicating goals to Associates for every truck received.
  - Frequently overseeing the truck unload process to ensure Company standards are being met.
- Manages non-exempt staff to resolve all district audit issues.
- Leads associates to maintain cleanliness standards per established guidelines for all interior and exterior areas of the store.
- Provides general oversight of building and equipment maintenance and upkeep, coordinates local and corporate resources to ensure ongoing and preventative maintenance of interior/exterior is achieved.
- Oversees the engagement of corporate facilities management for all needed building repairs.
- Primarily responsible for managing and coordinating all store remodeling and repair and maintenance projects; ensure Kohl's property rights are respected.
- Oversees efforts to adhere to all building safety requirements.
- Assists in the implementation and maintenance of all Company stockroom capacity and organizational guidelines.
- Drives store productivity through operational Best Practices.
- Leads the ASM and Associate team efforts to adhere to all building safety requirements.

**Tasks to be Delegated to Area Supervisors / Other Non-Exempt Positions**

- Floor and fitting room recovery
- Working registers or bagging merchandise at POS
- Service desk coverage
- Credit solicitation
- Schedule editing
- Ad setting
- Freight processing
- Filling in and adjusting fixtures
- Processing markdowns

- During the course of business and general management of the store, there may be situations that require non-exempt tasks to be physically completed by management.  This is limited to situational training to further enhance Associate development, while providing leadership and direction related to Kohl's best practices and while providing a visual experience when directing workflow to Associates.

**Required Qualifications:**

- Opens and closes the store at a minimum two nights per week.
- Multiple years managing a significant retail sales volume in a high-growth retailing environment
- A demonstration of professional accomplishments through results-driven behavior and team development abilities
- Efficient planning and organizational skills

- Ability to recognize and understand available resources and utilize them to meet and exceed the store's sales plan and expense controls
- Ability to lead and develop a large team of Associates
- Demonstrated ability to communicate with a variety of audiences
- A history of anticipating challenges and developing solutions to problems at hand
- Regular attendance is required.



# Position Description

---

**Position Title:**  Assistant Store Manager of Overnight Operations  **Date:**  March 2012

**Division:**  Stores

**Reports To:**  Store Manager

**Status:**  Exempt

**Position Summary**:

This position plays an integral role as part of the Store Management Team.  Executive responsibilities include Freight Merchandising, Ad Set, and Merchandise Sets.  In addition, responsibilities include leading the store in the following areas: Associate development, supervision of all overnight operations to ensure execution according to Kohl's Best Practices, communication, analysis of business operations, expense management, and general management of the Store as part of the Store Management Team.

**General Responsibilities:**
Leads and directs the Area Supervisor, Supervisor and Associate teams in the following areas:

People Management
- Participates in hiring process as needed.
- Oversees and partners with the management team in retaining quality Associates.
- Completes and administers annual Associate reviews.
- Communicates and manages hourly staff so that all ethical standards and all company policies are followed.
- Leads store meetings as directed and ensures action plans are achieved as needed.
- Drives positive reinforcement and motivation to all Associates.
- Coaches and counsels Associates when necessary based on Company productivity goals.
- Completes and administers Associate counseling documentation as necessary.  Completes any needed Associate counseling in accordance to company policies/HR guidelines.
- Assists in leading the training effort and ensures all needed training is delivered.
- Develops and coaches Area Supervisors to promotable levels or to assume larger areas of responsibility.

Merchandise Presentation
- Interprets, directs and leads capacity and merchandise directives.
- Ensures Company merchandising presentation directives and standards are met while merchandising incoming freight and replenishing the sales floor.
- Leads Associate team to ensure total store cleanliness and recovery standards are met.

Sales Management
- Reviews business summary for sales opportunities.
- Oversees and audits the ad set process to ensure Company accuracy goals are achieved.
- Assists in the review of replenishment schedules and execution to ensure Company in-stock goals are maintained.

Payroll/Expense Management
- Manages store payroll projections, productivity, and controllable expenses in relation to sales and workload trend.
- Reviews scheduled vs. workload reports, directs Area Supervisor or Administrative Assistant to edit schedules to workload.

**Primary Responsibilities:**

Operations
- Responsible for leading the ==continuous flow== team to ensure Best Practices are executed to Company standards, including:
    - Planning workload, setting goals and communicating goals to Associates for every truck received.
    - ==Overseeing== the truck unload process to ensure Company standards are being met.
    - ==Leading the Replenishment Best Practice Merchandise Location System to maximize efficiency and execution.==
- Manages non-exempt staff to resolve all audit issues
- Leads associates to maintain cleanliness standards per established guidelines for all interior and exterior areas of the store.
- Provides general oversight of building and equipment maintenance and upkeep, coordinates local and corporate resources to ensure ongoing and preventative maintenance of interior/exterior is achieved.
- Oversees the engagement of corporate facilities management for all needed building repairs.
- Primarily responsible for managing and coordinating all store remodeling and repair and maintenance projects; ensure Kohl's property rights are respected.
- Oversees efforts to adhere to all building safety requirements.
- Responsible for the implementation and maintenance of all Company stockroom capacity and organizational guidelines.
- Drives store productivity through operational Best Practices.
- Leads the ASM and Associate team efforts to adhere to all building safety requirements.

Inventory Shortage/Unit System Accuracy
- Supervises hourly staff to complete all price changes, callbacks, and ISC memos.
- Partners with Loss Prevention on all inventory programs.
- Leads the inventory prep planning and ensures the execution is achieved.
- Leads and directs company USA program including re-wraps, even exchanges, ISAC Meeting, mis-mates, damages, defectives and store inventory shortage plans.
- Communicates, preplans, and organizes preparation for the entire store's annual inventory.
- Adheres to all store inventory prep Best Practices, including training Associates, preparing for inventory, meeting all deadlines and using proper inventory supplies.
- Collaborates with district auditor to ensure follow-up on store opportunities.

**Tasks to be Delegated to Area Supervisors/Other Non-Exempt Positions:**

- Floor and fitting room recovery
- Working registers or bagging merchandise at POS
- Service desk coverage
- Credit solicitation
- Schedule editing
- Ad setting
- Freight processing
- Filling in and adjusting fixtures
- Processing markdowns

- During the course of business and general management of the store, there may be situations that require non-exempt tasks to be physically completed by management. This is limited to situational training to further enhance Associate development, while providing leadership and direction related to Kohl's best practices and while providing a visual experience when directing workflow to Associates.

**Required Qualifications:**

- Opens and closes the store at a minimum two nights per week
- Experience managing in a high-growth retailing environment
- A demonstration of professional accomplishments through results-driven behavior and team development abilities
- Efficient planning and organizational skills
- Ability to recognize and understand available resources and utilize them to meet and exceed the store's sales plan and expense controls

- Ability to lead and develop a large team of Associates
- Demonstrated ability to communicate with a variety of audiences
- A history of anticipating challenges and developing solutions to problems at hand
- Regular attendance is required



# Position Description

**Position Title:**     Assistant Store Manager of Operations

**Date:**               October 2012

**Division:**           Stores

**Reports To:**         Store Manager

**Status:**             Exempt

**Position Summary**:

This position plays an integral role as part of the Store Management Team.  The Assistant Store Manager of Human Resources and Operations has responsibility for the total store Human Resources and Operations. Responsibilities include leading the store in the following areas: Associate development, supervision of HR and Operations to ensure execution according to Kohl's Best Practices, communications, analysis of business operations, expense management, and general management of the Store as part of the Store Management Team.

**General Responsibilities:**

Leads and directs the Area Supervisor, Supervisor and Associate teams in the following areas:

People Management
- Participates in hiring process as needed.
- Oversees and partners with the management team in retaining quality Associates.
- Completes and administers annual Associate reviews.
- Communicates and manages hourly staff so that all ethical standards and all company policies are followed.
- Leads store meetings as directed and ensures action plans are achieved as needed.
- Drives positive reinforcement and motivation to all Associates.
- Coaches and counsels Associates when necessary based on Company productivity goals.
- Completes and administers Associate counseling documentation as necessary.  Completes any needed Associate counseling in accordance to company policies/HR guidelines.
- Assists in leading the training effort and ensures all needed training is delivered.
- Develops and coaches Area Supervisors to promotable levels or to assume larger areas of responsibility.

Customer Satisfaction
- Provides the interpretation, administration and direction for Kohl's Service Standards (KSS), including the Customer Service Survey, "Yes We Can" program, and other Customer Service programs.
- Accountable for results of Customer Service programs through the Customer Service Scorecard.
- Leads/directs Area Supervisors in the standard for Customer issue resolution.
- Resolves escalated Customer complaints.  Determines solutions to avoid future occurrences.
- Manages sales floor Associates to meet and/or exceed Customer Service standards.
- Supports and participates in the execution of the "E3" program.

Merchandise Presentation
- Ensures Company merchandise presentation directives and standards are being met while merchandising incoming freight and replenishing the sales floor.
- Lead Associate team to ensure total store cleanliness and recovery standards are met.

Sales Management
- Reviews business summary for sales opportunities.
- Oversees and audits the ad set process to ensure Company accuracy goals are achieved.
- Assists in reviewing replenishment schedules and execution to ensure Company in-stock goals are maintained.
- Supervises the credit solicitation effort of the Associates to achieve store goals.

Payroll/Expense Management
- Manages stores payroll projections, productivity, and controllable expenses in relation to sales trend.
- Reviews scheduled vs. workload reports, directs area supervisor to edit schedules to workload.

**Primary Responsibilities:**

Operations
- Responsible for leading the continuous flow team to ensure Best Practices are executed to Company standards, including:
  - Planning workload, setting goals and communicating goals to Associates for every truck received.
  - Overseeing the truck unload process to ensure Company standards are being met.
  - Leading the Replenishment Best Practice Merchandise Location System to maximize efficiency and execution.
- Manages non-exempt staff to resolve all audit issues
- Leads associates to maintain cleanliness standards per established guidelines for all interior and exterior areas of the store.
- Provides general oversight of building and equipment maintenance and upkeep, coordinates local and corporate resources to ensure ongoing and preventative maintenance of interior/exterior is achieved.
- Oversees the engagement of corporate facilities management for all needed building repairs.
- Primarily responsible for managing and coordinating all store remodeling and repair and maintenance projects; ensure Kohl's property rights are respected.
- Oversees efforts to adhere to all building safety requirements.
- Responsible for the implementation and maintenance of all Company stockroom capacity and organizational guidelines.
- Drives store productivity through operational Best Practices.
- Leads the ASM and Associate team efforts to adhere to all building safety requirements.

Inventory Shortage/Unit System Accuracy
- Supervises hourly staff to ensure completion of all price changes, callbacks, ISC memos.
- Partners with Loss Prevention on all inventory programs.
- Leads the inventory prep planning and ensures the execution is achieved.
- Leads and directs company USA program including re-wraps, even exchanges, ISAC Meeting, mis-mates, damages, defectives and store inventory shortage plans.

**Tasks to be Delegated to Area Supervisors / Other Non-Exempt Positions**

- Floor and fitting room recovery
- Working registers or bagging merchandise at POS
- Service desk coverage
- Credit solicitation
- Schedule editing
- Ad setting
- Freight processing
- Filling in and adjusting fixtures
- Processing markdowns
- During the course of business and general management of the store, there may be situations that require non-exempt tasks to be physically completed by management. This is limited to situational training to further enhance Associate development, while providing leadership and direction related to Kohl's best practices and while providing a visual experience when directing workflow to Associates.

**Required Qualifications:**
- Opens and closes the store at a minimum two nights per week
- Experienc managing in a high-growth retailing environment
- Demonstration of professional accomplishments through results-driven behavior and team development abilities
- Efficient planning and organizational skills
- Ability to recognize and understand available resources and utilize them to meet and exceed the store's sales plan and expense controls
- Ability to lead and develop a large team of Associates
- Demonstrated ability to communicate with a variety of audiences
- A history of anticipating challenges and developing solutions to problems at hand
- Regular attendance is required



# Position Description

---

**Position Title:**     Assistant Store Manager - Merchandising          **Date:**   October 2012

**Division:**           Stores

**Reports To:**         Store Manager

**Status:**             Exempt

**Position Summary**:

This position plays an integral role as part of the Store Management Team. The Assistant Store Manager-Merchandising has responsibility for the Sales floor.  Responsibilities include leading the Store in the following areas: Associate development, supervision of merchandise sales areas to ensure execution according to Kohl's Best Practices, communications, analysis of business operations, expense management, and general management of the Store as part of the Store Management Team.

**General Responsibilities:**
Leads and directs the Area Supervisor, Supervisor and Associate teams in the following areas:

    People Management
- Participates in hiring process as needed.
- Oversees and partners with the management team in retaining quality Associates.
- Completes and administers annual Associate reviews.
- Communicates and manages hourly staff so that all ethical standards and all company policies are followed.
- Leads store meetings as directed and ensures action plans are achieved as needed.
- Drives positive reinforcement and motivation to all Associates.
- Coaches and counsels Associates when necessary based on Company productivity goals.
- Completes and administers Associate counseling documentation as necessary.  Completes any needed Associate counseling in accordance to company policies/HR guidelines.
- Assists in leading the training effort and ensures all needed training is delivered.
- Develops and coaches Area Supervisors to promotable levels or to assume larger areas of responsibility.

    Customer Satisfaction
- Provides the interpretation, administration and direction for Kohl's Service Standards (KSS), including the Customer Service Survey, "Yes We Can" Program, and other Customer Service programs.
- Accountable for results of Customer Service programs through the Customer Service Scorecard.
- Leads/directs Area Supervisors in the standard for Customer issue resolution.
- Resolves escalated Customer complaints.  Determines source of issues and takes initiative to identify and resolve them.  Recommends solutions to avoid future occurrences.
- Manages sales floor Associates to meet and/or exceed Customer Service occurrences.
- Supports and participates in the execution of the "E3" program.

**Primary Responsibilities:**

    Merchandise Presentation
- Interprets, directs and leads capacity and merchandise directives, and monthly updates.
- Ensures Company merchandise presentation directives and standards are met while merchandising incoming freight and replenishing the sales floor.
- Leads Associate team to ensure total store cleanliness and recovery standards are met.
- Leads Associate team to execute Recovery and Fitting Room Best Practices.
- Leads department merchandising sets according to company standards.

Sales Management
- Competitively shops competition and communicates results to Store Manager.
- Reviews business summary for sales opportunities.
- Partners with Store Manager to address inventory issues from SIR report.
- Supervises the credit solicitation effort of the Associates to achieve store goals.

**Tasks to be Delegated to Area Supervisors / Other Non-Exempt Positions**

- Floor and fitting room recovery
- Working registers or bagging merchandise at POS
- Service desk coverage
- Credit solicitation
- Schedule editing
- Filling in and adjusting fixtures

- During the course of business and general management of the store, there may be situations that require non-exempt tasks to be physically completed by management.  This is limited to situational training to further enhance Associate development, while providing leadership and direction related to Kohl's best practices and while providing a visual experience when directing workflow to Associates.

**Required Qualifications:**

- Opens and closes the store at a minimum two nights per week
- Experience managing in a high-growth retailing environment
- A demonstration of professional accomplishments through results-driven behavior and team development abilities
- Efficient planning and organizational skills
- Ability to recognize and understand available resources and utilize them to meet and exceed the store's sales plan and expense controls
- Ability to lead and develop a large team of Associates
- Demonstrated ability to communicate with a variety of audiences
- A history of anticipating challenges and developing solutions to problems at hand
- Regular attendance is required